```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  CHRIS CHANG
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:12-MJ-00210-CKD
                                 )
12          Plaintiff,           )  ORDER VACATING COURT TRIAL AND
                                 )  SETTING CHANGE OF PLEA AND
13       v.                      )  SENTENCING
                                 )
14  CHARLES LEE,                 )  Date:    May 20, 2013
                                 )  Time:    9:30 a.m.
15          Defendant.           )  Judge:   Hon. Carolyn K. Delaney
    _____)
16
17       It is hereby ordered that the court trial set for May 20, 2013 at
18  9:30 a.m. is VACATED.  It is further ordered that a change of plea and
19  sentencing be set for May 9, 2013, at 9:30 a.m.
20       IT IS SO ORDERED.
21
22   Dated: May 1, 2013
23                                    _____
24                                    CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE
25
26
27
28
```